UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020
```

DR. MUHAMMAD MIRZA, and ALLIED MEDICAL AND DIAGNOSITC SERVICES, LLC,

Plaintiffs,

-against-

JOHN DOES #1-4,

Defendants.

1:20-cv-01205-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has reviewed plaintiffs' *ex parte* letter motion for leave to conduct expedited discovery aimed at identifying defendants, John Does #1-4 (ECF 4). For the reasons set forth in plaintiffs' letter, the Court finds good cause to permit the discovery requested by plaintiffs prior to the conference required by Federal Rule of Civil Procedure 26(f). *See* ECF 4 at 2-3. Without leave to conduct expedited discovery, plaintiffs have no way to identify and serve defendants or to seek relief for their alleged injuries.

Plaintiffs' motion is therefore GRANTED. Plaintiffs may serve Yelp.com and defendants' internet service providers (if known) with a Rule 45 subpoena seeking information sufficient to identify each unidentified defendant. Any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of identifying and serving John Does #1-4. The Clerk of Court is respectfully directed to terminate the motion pending at ECF 4.

SO ORDERED

Dated: New York, New York
February 14, 2020

_____
MARY KAY VYSKOCIL
United States District Judge