DAVID D. LIN (DL-3666)
LAUREN VALLI (LV-7672)
**LEWIS & LIN, LLC**
81 Prospect Street, Suite 8001
Brooklyn, NY 11201
David@iLawco.com
Lauren@iLawco.com
Telephone: (718) 243-9323
Facsimile: (718) 243-9326

*Attorneys for Plaintiffs*
DR. MUHAMMAD MIRZA and
ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MUHAMMAD MIRZA and ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC, <br><br> *Plaintiffs*, <br><br> vs. <br><br> JOHN DOES #1-4, <br><br> *Defendants*. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Case No: 1:20-cv-01205-MKV |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs by their counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice.

Dated: Brooklyn, New York
October 26, 2020

LEWIS & LIN, LLC

By: __/s/ David D. Lin_____
    David D. Lin
    Lauren Valli
    81 Prospect Street
    Suite 8001
    Brooklyn, NY 11201
    Tel: (718) 243-9323
    Fax: (718) 243-9326
    Email: David@iLawco.com

*Counsel for Plaintiffs*